UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TIMOTHY YOUNG MD and LINDA SUSAN YOUNG, <br><br> Plaintiffs, <br><br> v. <br><br> GEORGIA BOARD OF REGENTS d/b/a DEPARTMENT OF CORRECTIONAL HEALTHCARE WHICH IS A DIVISION OF AUGUSTA UNIVERSITY AND GEORGIA DEPARTMENT OF CORRECTIONS AND TED PHILBIN, in his Individual and Official Capacities, and BILLY NICHOLS, in his Individual and Official Capacities, <br><br> Defendants. | CIVIL ACTION NO. <br><br> 1:18-CV-05324-JPB |

## **ORDER**

This matter comes before the Court on the parties' Second Consent Motion to Extend Discovery Period and Dispositive Motion Deadline [Doc. 23]. This Court finds as follows:

Plaintiffs filed this action against Defendants on November 20, 2018. [Doc. 1]. Discovery was originally scheduled to close on June 27, 2019, but when

Plaintiffs' counsel unexpectedly passed away, the matter was stayed for sixty days. [Doc. 15]. As a result, discovery was scheduled to close on August 26, 2019.

On June 14, 2019, because new counsel had just entered his appearance on behalf of Plaintiffs, discovery was extended to October 26, 2019. [Doc. 18]. On October 25, 2019, the parties filed their Second Motion for Extension of Time to Complete Discovery. [Doc. 23]. The parties assert that they have diligently been pursuing discovery, but were unable to complete depositions, although they are currently scheduled. The parties request an additional thirty days to complete discovery.

For good cause shown, the motion is GRANTED. IT IS HEREBY ORDERED that discovery shall be extended through and including November 25, 2019. Because of the holidays, dispositive motions shall be filed no later than January 10, 2020. Given the extensions granted in this case, future extensions are unlikely.

**SO ORDERED** this 28th day of October, 2019.

J. P. BOULEE
United States District Judge